In the Matter of JOSEPH ORZO, Appellant, v. NEW YORK STATE BOARD OF PAROLE et al., Respondents.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.